NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROADSOFT INC.,**
*Plaintiff-Appellee*

**v.**

**CALLWAVE COMMUNICATIONS LLC,**
*Defendant-Appellant*

---

2018-1124

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00711-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

JONATHAN GARWOOD GRAVES, Cooley LLP, Reston, VA, argued for plaintiff-appellee.

WILLIAM D. BELANGER, Pepper Hamilton LLP, Boston, MA, argued for defendant-appellant. Also represented by GREGORY SCOTT BISHOP, CHARLES FOSTER KOCH, Redwood City, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>October 16, 2018</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |